UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00378-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM T. ARMSTRONG,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on July 16, 2010, ECF No. 4. A Change of Plea Hearing is set for **Thursday, September 2, 2010, at 2:30 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    July 16, 2010