UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00378-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WILLIAM T. ARMSTRONG,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a scheduling conflict of the Court, the Change of Plea Hearing set for Thursday, September 2, 2010, at 2:30 p.m. is **RESET** to **Thursday, September 2, 2010, at 3:30 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

 **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

 Dated: August 18, 2010.